IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PAMELA S. ARRANTS, | ) | |
| | ) | |
| Plaintiff, | ) | 7:07CV5005 |
| | ) | |
| v. | ) | |
| | ) | |
| SOCIAL SECURITY | ) | ORDER |
| ADMINISTRATION, Jo Ann Barnhardt, | ) | |
| Commissioner, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court sua sponte.   Plaintiff filed this action on February 16, 2007.  To date no summons has been issued on the defendant in this case.  The plaintiff has fifteen days from the date of this order to (1) issue summons on the defendant, or (2) show cause why this case should not be dismissed for failure to prosecute.  Fed. R. Civ. P. 4(m); NeCivR 41.1.

THEREFORE, IT IS ORDERED that the plaintiff has fifteen days from the date of this order to (1) issue summons on the defendant, or (2) show cause why this case should not be dismissed for failure to prosecute.  Failure to either of these requirements will result in dismissal of this case.

DATED this 22nd day of August, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge