IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PAMELA S. ARRANTS, | ) | |
| | ) | |
| Plaintiff, | ) | 7:07CV5005 |
| | ) | |
| v. | ) | |
| | ) | |
| SOCIAL SECURITY ADMINISTRATION, | ) | ORDER OF DISMISSAL |
| Jo Ann Barnhardt, Commissioner, | ) | |
| | ) | |
| Defendant. | ) | |

     Plaintiff filed this action on February 16, 2007.  On August 22, 2007, this court gave plaintiff fifteen days to issue summons on the defendant, or to show cause why the case should not be dismissed.   Filing No. 3.  To date no summons has been issued on the defendant in this case and the plaintiff has not responded to the court order. Accordingly, the court will dismiss this case for failure to prosecute.  Fed. R. Civ. P. 4(m); NeCivR 41.1. Accordingly,

    IT IS ORDERED that this case is dismissed without prejudice.

    DATED this 21st day of September, 2007.

                      BY THE COURT:


                        s/ Joseph F. Bataillon
                        Chief United States District Judge